OPINION — AG — ** MERIT SYSTEM — EDUCATIONAL LEAVE ** RULE 1440 OF THE OKLAHOMA MERIT SYSTEM (OKLAHOMA PERSONNEL BOARD) BOARD RULES SPECIFICALLY PROVIDES THAT IT IS WITHIN THE DISCRETION OF STATE AGENCIES UNDER THE MERIT SYSTEM TO GRANT EMPLOYEES EDUCATIONAL LEAVE FOR A MAXIMUM PERIOD OF ONE YEAR, WITH PROVISIONS FOR EXTENSION FOR ONE ADDITIONAL YEAR, WITH OR WITHOUT PAY. (COMPENSATION, LEAVE, FORFEIT, BENEFITS) CITE: RULE 1440 (MIKE D. MARTIN)